UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES SEBUNYA,

        Plaintiff,

v.

ALEJANDRO MAYORKAS, Secretary,
Department of Homeland Security,

        Defendant.

Civil Action No. 21-0780 (CRC)

## JOINT MOTION FOR A STATUS CONFERENCE

1. Plaintiff, Moses Sebunya, and Defendant, Alejandro Mayorkas, in his official capacity as Secretary of the Department of Homeland Security (collectively, the "Parties"), by and through the undersigned counsel, have met and conferred regarding a recent development that requires this notice to the Court. For the following reasons, the Parties respectfully request that the Court set a joint status conference at the Court's earliest convenience.

2. On September 25, 2024, counsel for Defendant produced to Plaintiff's counsel 1,905 pages of documents. These documents were produced in response to a Federal Rules of Civil Procedure Rule ("Rule") 34 request for production of documents that Defendant previously responded to in a series of six productions beginning on May 13, 2022, and ending on March 22, 2023.[1]

3. The new documents are from two reports of investigations by the Federal

---

[1] In particular, the production was in response to request No. 15: "All documents concerning or referring to informal or formal complaints of (a) discrimination on the basis of race, age, color, religion, or national origin; (b) retaliation; or (c) dishonesty concerning Raymond Hetherington, Roslyn Dunn-Alexander, or Jo Linda Johnson."

Emergency Management Agency ("FEMA") of complaints of unlawful employment discrimination and retaliation by FEMA employees against the FEMA supervisor who initiated and recommended Plaintiff's termination, Roslyn Dunn-Alexander.

4. Most of the documents (1,642 pages) are from a July 8, 2022, Report of Investigation of allegations including discrimination based on race (African American) and religion (Christian Science).

5. Because (1) the deadlines in the Court's Pretrial Order (ECF No. 81) begin on October 24, 2024, for the preparation for the Pretrial Conference set for November 21, 2024, and for the trial set for December 2, 2024; and (2) this production was made after the close of discovery on April 18, 2023, (ECF No. 53) and after the Court ruled on summary judgment on March 8, 2024 (ECF No. 76), the Parties agree that the Court should hold a status conference to address the possible ramifications of this production on these proceedings.

6. The Parties have agreed, subject to the approval of the Court, on the following minimum remedial steps:

    a. Plaintiff will re-open Ms. Dunn-Alexander's deposition, and Defendant will pay for the costs and any fees associated with the re-opened deposition;

    b. Defendant will not oppose the deposition of the complainant in the July 8, 2022, Report of Investigation. Because the complainant is no longer an employee of the Agency, Defendant is not in a position to compel her attendance. If complainant can be deposed by Plaintiff, Defendant will pay for the costs and fees associated with that pre-trial deposition. Defendant will provide her last known address to Plaintiff as soon as possible;

    c. Defendant will supplement its answer to Plaintiff's Interrogatory number 6 by October 16, 2024;

        d.      The Parties jointly request a continuance of the current trial date to the Court's next available trial date that factors in the upcoming holiday period and the potential logistical challenges of serving a deposition subpoena on the third-party complainant in compliance with the requirements of Rule 45(d)(1) to "take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena"; and

        e.      The Parties will promptly meet and confer further after the status conference to discuss Plaintiff's other requests for remedial actions.

7.      The Parties reserve the right to make separate filings regarding how the Court should proceed based on the September 25, 2024, document production.

Therefore, the Parties respectfully request that the Court grant this motion and schedule a video joint status conference at the Court's earliest convenience.

*   *   *

Date: October 4, 2024

Respectfully submitted,

*s/ Braden A. Beard*
David G. Webbert, Esq.
Braden A. Beard, Esq.
Ryan M. Schmitz, Esq.
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, Maine 04086
Tel: (207) 623-5110
dwebbert@work.law
bbeard@@work.law
rschmitz@work.law

*Attorneys for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/ Joseph R. Carilli, Jr.*
     JOSEPH R. CARILLI, JR.
     DEDRA S. CURTEMAN
     Assistant United States Attorneys
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2525 (Carilli)
     (202) 252-2550 (Curteman)
     joseph.carilli@usdoj.gov
     dedra.curteman@usdoj.gov

*Attorneys for the United States of America*