UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSES SEBUNYA,<br><br>       Plaintiff,<br><br>   v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security.<br><br>       Defendant. | Civil Action No. 21-0780 (CRC) |

**JOINT MOTION TO REFER TO MEDIATION AND TO VACATE**

Plaintiff Moses Sebunya and Defendant Kristi Noem, Secretary of Homeland Security, respectfully move to refer this case to the District Court Mediation Program for 90 days and to vacate the current trial date and Pretrial Order.

On October 22, 2024, upon the parties' request, the Court vacated the prior trial date of December 2, 2024, and set a new trial date of May 19, 2025. Am. Pretrial Order (ECF No. 87). Since October 22, 2024, the parties have been working to resolve the issue related to Defendant's production of documents after the close of discovery. In light of the additional production of documents, the parties have exchanged constructive settlement proposals and they agree that further settlement efforts would benefit from mediation. Therefore, in order to conserve the parties' resources and to allow the parties to focus their efforts on a voluntary resolution of Plaintiff's complaint, the parties request that the Court refer this case to the District Court Mediation Program for a period of 90 days for purposes of mediation and settlement; order the parties to file a joint status report at the conclusion of the 90-day period; and vacate the trial date of May 19, 2025 and the Pretrial Order of October 22, 2024 (ECF No. 87). A proposed order is attached.

| | |
|---|---|
| Dated:   March 5, 2025 | Respectfully submitted, |
| /s/<br>David G. Webbert, Esq.<br>Braden A. Beard, Esq.<br>Ryan M. Schmitz, Esq.<br>Johnson & Webbert, LLP<br>1 Bowdoin Mill Island, Ste. 300<br>Topsham, Maine 04086<br>Tel: (207) 623-5110<br>dwebbert@work.law<br>bbeard@work.law<br>rschmitz@work.law<br><br>*Attorneys for Plaintiff* | EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>/s/<br>JOSEPH F. CARILLI, JR.<br>DEDRA CURTEMAN<br>BRADLEY SILVERMAN<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2525<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES SEBUNYA,

       Plaintiff,

  v.

KRISTI NOEM,
Secretary of Homeland Security.

       Defendants.

Civil Action No. 21-0780 (CRC)

### **[PROPOSED] ORDER**

UPON CONSIDERATION of parties' motion to refer to mediation and to vacate, and the entire record herein, it is hereby

ORDERED that parties' motion is GRANTED. It is further ORDERED that this case is referred to the District Court Mediation Program for a period of 90 days for purposes of mediation and settlement; the parties must file a joint status report at the conclusion of the 90-day period; and the trial date of May 19, 2025 and the Pretrial Order of October 22, 2024 (ECF No. 87) are vacated.

SO ORDERED:

_____                     _____
Date                                                      CHRISTOPHER R. COOPER
                                                             United States District Judge