UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSES SEBUNYA,<br><br>   Plaintiff,<br><br> v.<br><br>KRISTI NOEM,<br> Secretary of Homeland Security,<br><br>   Defendant. | Civil Action No. 21-0780 (CRC) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Mar. 7, 2025), Plaintiff Moses Sebunya and Defendant Kristi Noem, Secretary of Homeland Security, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to apprise the Court of the status of this case. The parties' counsel have negotiated an agreement in principle, which Plaintiff has approved. Counsel for Defendant must still receive settlement authority from a supervisory official with settlement authority within the Department of Justice, and is in the process of seeking such authority. Any settlement agreement will take effect after counsel for Defendant receives authorization execute it and to both parties sign it. The parties propose that this Court direct them to file an additional JSR by July 3, 2025, unless a stipulation of dismissal is filed before then, as the parties hope.

\*  \*  \*

- 2 -

Dated: June 5, 2025
      Washington, DC

By: /s/ David G. Webbert
DAVID G. WEBBERT
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
(207) 623-5110
dwebbert@work.law

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  *Bradley G. Silverman*
    BRADLEY G. SILVERMAN, D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*