UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSES SEBUNYA,<br><br>       Plaintiff,<br><br>  v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security,<br><br>       Defendant. | Civil Action No. 21-0780 (CRC) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: July 3, 2025

By: /s/ David G. Webbert
DAVID G. WEBBERT
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
(207) 623-5110
dwebbert@work.law

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Bradley G. Silverman
   BRADLEY G. SILVERMAN
   Assistant United States Attorney
   D.C. Bar #1531664
   601 D Street NW
   Washington, DC 20530
   (202) 252-2575
   bradley.silverman@usdoj.gov

*Attorneys for the United States of America*